ACCEPTED
06-17-00211-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
6/4/2018 10:48 AM
DEBBIE AUTREY
CLERK

# IN THE COURT OF APPEALS
## SIXTH DISTRICT OF TEXAS
## TEXARKANA, TEXAS

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
6/4/2018 10:48:43 AM
DEBBIE AUTREY
Clerk

**LYDIA METCALF** §

§

**VS.** § **CASE NO. 06-17-00211-CR**

§

§

**THE STATE OF TEXAS** §

## STATE'S MOTION
## FOR EXTENSION OF TIME TO FILE BRIEF

TO THE HONORABLE COURT OF APPEALS:

COMES NOW, Appellee the State of Texas, by and through the undersigned counsel, and tenders this motion for an extension of time to file the Appellee's Brief, pursuant to Rules 10.5(b) and 38.6(d) of the Texas Rules of Appellate Procedure. In support of this motion, Appellee would show the following:

The Reporter's Record was filed in this cause on March 7, 2018, and the Clerk's Record was filed on February 23, 2018. Pursuant to Rule 38.6(a), Appellant's Brief was originally due on April 6, 2018. Appellant thereafter sought and was granted an extension of time to file her Brief. Appellant filed her brief on May 7, 2018, making the State's Brief due on Wednesday, June 6, 2018. The State now respectfully requests a 30-day extension of time, which would make its brief due on Friday, July 6, 2018. This is the first extension requested by Appellee, the State.

The need for an extension of time is based on the undersigned counsel's other commitments during the past thirty days, which have included:

1. Drafting a petition for discretionary review in *James Arthur Baxley v. State of Texas*, No. 06-17-00189-CR, filed on May 9, 2018.

2. Drafting direct appeal brief in *Shayne Afzal v. State of Texas*, No. 06-17-00228-CR, filed on May 16, 2018.

3. Drafting direct appeal brief in *Charles Nichols v. State of Texas*, No. 12-17-00374-CR, filed on May 21, 2018.

4. Drafting direct appeal brief in *Craig Bell v. State of Texas*, No. 06-17-00190-CR, filed on June 1, 2018.

This motion is not made for purposes of delay only, but in the interest of justice, and to meet the undersigned counsel's obligations to her client and this Court, and to accomplish the design of this appeal, which is to do substantial justice.

Respectfully submitted,

/s/ *Gena Bunn*

GENA BUNN
Texas Bar No. 00790323

Gena Bunn, PLLC
P.O. Box 6150
Longview, Texas 75608
(903) 804-4003
gbunn@genabunnlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been delivered by electronic mail to counsel for the Appellant, William J. Robertson (robertsonlawfirm@gmail.com) and John C. Osborne (itcprojectfunding@gmail.com) on this the 4th day of June, 2018. The document has also been served electronically through the electronic file manager pursuant to Rule 9.5 of the Texas Rules of Appellate Procedure.

/s/ *Gena Bunn*
GENA BUNN